

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER W. SPRAGUE, | : | CASE NO. 1:CV-05-1605 |
| Plaintiff | : | |
| v. | : | CONNOR, C.C.   J. |
| | : | |
| BURTON NEIL, ESQUIRE, BURTON | : | |
| NEIL & ASSOCIATES, P.C., YALE D. | : | |
| WEINSTEIN, ESQUIRE, EDWARD J. | : | |
| O'BRIEN, ESQUIRE, JAY H. PRESSMAN, | : | |
| ESQUIRE, UNIVERSAL BANK, N.A., | : | |
| CITIBANK SOUTH DAKOTA, N.A., | : | |
| Defendants | : | |

## PROPOSED ORDER

AND NOW, this __12TH__ day of __September__, 2005, upon

consideration of the foregoing Motion for a Stay of Proceedings, it is hereby

ORDERED that the Motion is GRANTED and the proceedings shall stay for

a period of thirty (30) days from the date of this Order.

BY THE COURT:

_____
J.