## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROGER W. SPRAGUE,** | : | **CIVIL ACTION NO. 1:05-CV-1605** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **BURTON NEIL, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 31st day of July, 2006, upon consideration of the motion

(Doc. 24) by Attorney Jonathan F. Altman to withdraw as counsel for plaintiff,

Roger W. Sprague, it is hereby ORDERED that:

1.    Plaintiff, Roger W. Sprague, shall file on or before August 14, 2006, a response showing cause why the motion to withdraw (Doc. 24) should not be granted.  If no response is filed, the court will grant the motion as unopposed and plaintiff will be designated as *pro se* pending the entry of appearance of new counsel.

2.    Attorney Jonathan F. Altman shall cause to be served upon plaintiff, Roger W. Sprague, a copy of the motion to withdraw (Doc. 24) and this order and file proof thereof with the court on or before August 7, 2006.

  /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge