# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROGER W. SPRAGUE,** | : | CIVIL ACTION NO. 1:05-CV-1605 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **BURTON NEIL, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 14th day of August, 2006, upon consideration of the motion (Doc. 29) to vacate the order of court dated August 11, 2006 (Doc. 27), in which the court denied, without prejudice, the motion to withdraw as counsel (Doc. 24), filed Attorney Jonathan F. Altman ("Attorney Altman"), for failure to file proof of service (see Doc. 27; see also Doc. 25), and it appearing that Attorney Altman served plaintiff with the motion to withdraw as counsel and the order of court dated July 31, 2006 and filed proof thereof (see Doc. 28), it is hereby ORDERED that the order of court dated August 11, 2006 (Doc. 27) is VACATED.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge