IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROGER W. SPRAGUE,** | : | CIVIL ACTION NO. 1:05-CV-1605 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **BURTON NEIL, et al.,** | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 17th day of August, 2006, upon consideration of the motion (Doc. 24) by Attorney Jonathan F. Altman ("Attorney Altman") to withdraw as counsel for plaintiff, and it appearing that plaintiff has not shown cause why the instant motion should not be granted (see Doc. 25),[1] and the court finding that good cause exists because of irreconcilable differences between plaintiff and Attorney Altman, see PA. RULES PROF'L CONDUCT R. 1.16(b)(7); Novinger v. E.I. DuPont de Nemours & Co., 809 F.2d 212, 218 (3d Cir. 1987); see also L.R. 83.23.2 (adopting Pennsylvania Rules of Professional Conduct), it is hereby ORDERED that:

1. The motion (Doc. 24) for leave to withdraw as counsel for plaintiff is GRANTED. See PA. RULES PROF'L CONDUCT R. 1.16(b)(7); Novinger v. E.I. DuPont de Nemours & Co., 809 F.2d 212, 218 (3d Cir. 1987); L.R. 83.23.2.

---

[1] The court notes that defendant Citibank (South Dakota), N.A. does not object to the instant motion provided that the court extend all applicable deadlines. (See Doc. 26.) However, a request for an enlargement of time is not properly before the court. See FED. R. CIV. P. 7(b)(1) ("An application to the court for an order shall be by motion . . . ."); see also L.R. 7.1, 7.5, 7.8.

2. Attorney Jonathan F. Altman is TERMINATED as attorney of record for plaintiff Roger W. Sprague.

3. The Clerk of Court is directed to designate Roger W. Sprague as a *pro se* plaintiff.

4. The Clerk of Court is directed to send a copy of this order and the docket in this case via regular mail to Roger W. Sprague at 6 Apple Hill Lane, York, Pennsylvania, 17402.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge