IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROGER W. SPRAGUE**, | : | CIVIL ACTION NO. 1:05-CV-1605 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **BURTON NEIL**, et al., | : | |
| Defendants | : | |

### ORDER

AND NOW, this 4th day of October, 2006, upon consideration of the motion for judgment on the pleadings (Doc. 32), filed by defendant Citibank (South Dakota), N.A., and it appearing that defendant filed a brief in support of the motion on August 30, 2006 (see Doc. 33), and that *pro se* plaintiff[1] has not filed a brief in opposition as of the date of this order, see L.R. 7.6 (stating that a brief in opposition is due within fifteen days of the brief in support), it is hereby ORDERED that plaintiff shall file a brief in opposition to the motion for judgment on the pleadings (Doc. 32) on or before October 20, 2006.  Failure to comply with this order may result in the granting of the motion.  See id. (providing that a party who fails to file a brief in opposition to a motion "shall be deemed not to oppose such motion"); see also FED. R. CIV. P. 41(b); Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863, 868 (3d Cir. 1984).

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge

---

[1] Plaintiff was designated as *pro se* when his attorney withdrew from the above-captioned case on August 17, 2006.  (See Doc. 31.)