IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROGER W. SPRAGUE,** | CIVIL NO. 1:CV-05-1605 |
| **Plaintiff** | |
| v. | |
| **BURTON NEIL, ESQUIRE;** | FILED |
| **BURTON NEIL ASSOCIATES, P.C.;** | HARRISBURG, PA |
| **YALE D. WEINSTEIN, ESQUIRE;** | |
| **EDWARD J. O'BRIEN, ESQUIRE;** | DEC 2 7 2007 |
| **JAY H. PRESSMAN, ESQUIRE;** | |
| **UNIVERSAL BANK, N.A.; and** | MARY E. D'ANDREA, CLERK |
| **CITIBANK SOUTH DAKOTA, N.A.,** | Per _____ |
| **Defendants** | |

## ORDER AWARDING SANCTIONS

By order dated November 8, 2007, this court granted the motion for sanctions filed by Defendant Citibank (South Dakota), N.A. ("Citibank") in the captioned case against Plaintiff Roger W. Sprague and his counsel Douglas R. Goldhaber. As a sanction, Citibank was awarded attorneys' fees and costs. Counsel for Citibank filed an affidavit in support of attorneys fees and costs. The affidavit contained redactions of descriptions of work performed. On December 6, 2007, this court issued an order directing an amended accounting of the work performed without redactions. By letter dated December 19, 2007, counsel for Citibank advised that Citibank opted not to submit unredacted versions of the invoices attached to the original affidavit and that Citibank would not seek recovery of the redacted entries. Therefore, the court will award attorneys fees and costs based on the affidavit submitted November 15, 2007, ($10,908.12) less the redacted entries ($1,682.50), for a total of $9,225.62.

**IT IS THEREFORE ORDERED AND DECREED that:**

1) Citibank (South Dakota), N.A. is hereby awarded $9,225.62 in sanctions against Plaintiff Roger Sprague and his counsel Douglas Goldhaber.

2) Plaintiff Roger Sprague and his counsel, Douglas Goldhaber, jointly and severally, shall within thirty (30) days of the date of this order, pay the sanctions in the sum of $9,225.62 Citibank (South Dakota), N.A., c/o Joan Depfer, Esquire, Marshall, Dennehey, Warner, Coleman & Goggin, 1845 Walnut Street, Philadelphia, Pennsylvania 19103.

3) If Plaintiff Roger Sprague and his counsel, Douglas Goldhaber, jointly and severally, fail to pay the sanctions in full within thirty (30) days from the date of this order, this order shall operate as a money judgment on which Citibank (South Dakota), N.A. may execute in accordance with the law and the Federal Rules of Civil Procedure.

SYLVIA H. RAMBO
United States District Judge

Dated: December 27, 2007.